[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 6, 2011
JOHN LEY
CLERK

No. 11-11210
Non-Argument Calendar
_____

D.C. Docket No. 6:10-cr-83-GAP-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD A. MURDOCH,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(October 6, 2011)

Before HULL, PRYOR and FAY, Circuit Judges

PER CURIAM:

H. Kyle Fletcher, appointed counsel for Richard Murdoch in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Murdoch's convictions and sentences are **AFFIRMED**.